NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 900

MONSANTO COMPANY,

Plaintiff-Respondent,

v.

MITCHELL SCRUGGS, EDDIE SCRUGGS,
SCRUGGS FARM & SUPPLIES, LLC, SCRUGGS FARM JOINT VENTURE,
HES FARMS, INC., MES FARMS, INC., and MHS FARMS, INC.,

Defendants-Petitioners.

On Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(b)
from the United States District Court for the Northern District of Mississippi
in case no. 3:00-CV-00161, Judge W. Allen Pepper, Jr.

ON MOTION

ORDER

Upon consideration of Monsanto Company's unopposed motion for a seven-day extension of time, until April 6, 2009, to file its response to the petition for permission to appeal,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: James L. Robertson, Esq.
    Seth P. Waxman, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2009

JAN HORBALY
CLERK